### Allan D. HARDY, Appellant,

v.

DEPARTMENT OF CORRECTIONS; Warden Dave Corbo; Officer Duffort; Officer Black; Officer Stumbo; Officer Martinson; Officer Gastro; Officer Verhey; Officer Prince Alry; Warden Dan Ferrise; Officer Hartman; Officer Henning; Sherlinda Wheeler, Appellees.

No. 06–1763.

United States Court of Appeals, Eighth Circuit.

Submitted: May 4, 2007.

Filed: May 14, 2007.

Allan D. Hardy, Lino Lakes, MN, for Appellant.

Richard L. Varco, Jr., Attorney General's Office, St. Paul, MN, for Appellees.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

[UNPUBLISHED]

PER CURIAM.

Allan Hardy, a Minnesota state prisoner, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Hardy alleged that correctional officers refused to open his cell door to allow him to attend a religious program, the second part of which he attended later that day, and also refused to grant him a pass to attend another religious program on a different day.

Having carefully reviewed the record, we affirm the grant of summary judgment in favor of defendants for the reasons stated by the district court. See 8th Cir. R. 47B. We also deny Hardy's pending motion.